# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

  v.

**MICHAEL ISAACS,**

   Defendant.

Case No. 7:12-CR-40 (HL)

## ORDER

The Court's order (Doc. 33) granting the Government's Motion for Psychiatric Evaluation is amended to reflect that the evaluation of Defendant may be performed by a psychiatrist, psychologist, or otherwise qualified individual as the Bureau of Prisons has available. All other provisions of the previous order remain in effect.

**SO ORDERED**, this the 21st day of May, 2013.

               *s/ Hugh Lawson*
               **HUGH LAWSON, SENIOR JUDGE**

mbh