IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ISAACS | Case No.: 7:12-CR-00040-HL-TQL-1 |

### ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant, Michael Isaacs, has moved the Court to continue the pretrial conference set for July 17, 2013 and the trial set for July 29, 2013. The Government does not oppose the continuance. On May 29, 2013, Mr. Isaac was admitted to the Federal Correctional Institution, Butner, North Carolina, pursuant to 18 U.S.C. §§ 4241, 4242 and 4247. Mr. Isaac is currently undergoing interviews and psychological testing at Butner FCI and the evaluation period is not expected to end until August 11, 2013. Accordingly, additional time is needed to complete the interviews and psychological testing of Mr. Isaac. The Court finds that it is in the interests of justice to allow the Defendant a continuance and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion to Continue Trial [Doc. __] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this  12th day of  July                        2013.


                                                    s/Hugh Lawson
                                                   HUGH LAWSON
                                                   SENIOR UNITED STATES DISTRICT COURT