**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**MICHAEL ISAACS,**<br><br>   Defendant. | Case No. 7:12-CR-40 (HL) |

**ORDER**

During the pretrial conference held on October 1, 2013, counsel for the Government and Defendant orally moved the Court to order Defendant returned to the Federal Correctional Institution at Butner, North Carolina for the completion of his psychiatric evaluation. The Court orally granted the motion, and this Order memorializes that ruling.

Pursuant to 18 U.S.C. § 4241 and § 4247(b) and (c), it is ordered that at least one qualified psychiatrist, psychologist, or otherwise qualified individual as the Bureau of Prisons has available is appointed, authorized, and directed to examine Defendant's mental condition at the time of the offense he stands accused of committing and return a written report to the Court, counsel for Defendant, and counsel for the Government of his findings as soon as practicable. The report shall include the following: (1) a description of the psychiatric, psychological, and medical tests that were employed and their results; and (2) the examiner's findings.

Defendant is committed to the custody of the Attorney General for placement at FCI Butner. Defendant is committed to the custody of the Attorney General for a reasonable period, but such period shall not exceed 30 days. The period for examining and evaluating Defendant shall not commence until Defendant is received at FCI Butner.

Upon completion of the examination, this matter shall be set for a hearing pursuant to 18 U.S.C. § 4241, the date of which will be determined following the completion of the examination.

It is further ordered that two certified copies of this Order be given to the United States Marshal of this Court who is hereby directed to convey this Order to at least one qualified psychiatrist, psychologist, or other qualified individual designated by the Bureau of Prisons and to make such other arrangements as are necessary for the examination of Defendant.

The time required to conduct this examination and evaluation is excluded from the computation of time within which any trial of this case must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

**SO ORDERED**, this the 2nd day of October, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh